IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02424-REB-BNB

EASY STREET CORPORATION, a Colorado corporation d/b/a HOCHFIELD JEWELERS,
and
HOCHFIELD ASPEN,

Plaintiffs,

v.

PARMIGIANI FLEURIER SA,

Defendant.

_____

**ORDER**

_____

This matter arises on the plaintiff's response to my order to show cause (the "Response"),

filed November 10, 2005.  Good cause having been shown:

IT IS ORDERED that the order to show cause entered October 27, 2005, is

DISCHARGED.

IT IS FURTHER ORDERED that a status conference is set for **February 21, 2006, at**

**9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th

Street, Denver, Colorado.  The plaintiff shall be prepared to address the issue of service of

process, if it has not been perfected prior to that date.  If service has been perfected, the parties

shall prepare a proposed scheduling order and submit it to the court on or before **February 14,**

**2006**, and shall be prepared to discuss all scheduling issues.

Dated November 14, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge