IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02424-REB-BNB

EASY STREET CORPORATION, a Colorado corporation d/b/a HOCHFIELD JEWELERS, and
HOCHFIELD ASPEN,

Plaintiffs,

v.

PARMIGIANI FLEURIER SA,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a status conference. The plaintiff was unable to verify whether service has been completed. I am informed that service is being attempted under the Hague Convention in Switzerland.

IT IS ORDERED that the plaintiff shall file a status report on **April 3, 2006**, and on the first business day of each month thereafter reporting on the status of service.

Dated February 21, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge