IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02424-MEH-BNB

EASY STREET CORPORATION, a Colorado Corporation d/b/a HOCHFIELD JEWELERS
and
HOCHFIELD ASPEN,

      Plaintiffs,

v.

PARMIGIANI FLEURIER SA,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 20, 2006.**

      Plaintiff Easy Street's Motion to Withdraw its Motion to Compel [Filed September 19, 2006; Docket #37] is **granted.**

      Plaintiff Easy Street's Motion to Compel Complaince (sic) with a Subpoena Duces Tecum Issued to Outside Party Horological Works [Filed August 30, 2006; Docket #36] is deemed **withdrawn** from the Court's consideration and shall be terminated from the Court's pending motions docket.

      The Court commends the parties for continuing to work on this issue even after the filing of the Motion to Compel, and ultimately resolving it without court intervention.