IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02424-MEH-BNB

EASY STREET CORPORATION, a Colorado Corporation d/b/a HOCHFIELD JEWELERS
and
HOCHFIELD ASPEN,

    Plaintiffs,

v.

PARMIGIANI FLEURIER SA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 26, 2006.**

    For good cause shown, and by agreement of the parties, the Stipulated Motion for Entry of Protective Order [Filed September 25, 2006; Docket #40] is **granted**.  The Protective Order shall enter separately.