IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02424-MEH-BNB

EASY STREET CORPORATION, A COLORADO CORPORATION d/b/a HOCHFIELD JEWELERS AND HOCHFIELD ASPEN,

    Plaintiff,

v.

PARMIGIANI FLEURIER SA,

    Defendant.

## PROTECTIVE ORDER

THIS MATTER comes before the Court on Plaintiff Easy Street Corporation ("Plaintiff") and Defendant Parmigiani Fleurier SA's ("Parmigiani") Stipulated Motion for Entry of Protective Order. Having reviewed this Motion, the law and being otherwise fully advised in the premises, the Court has separately granted the Motion and does further order as follows:

Each party shall mark all documents subject to this Protective Order as "Confidential." The documents and information contained therein shall be used, shown and disclosed only as provided in this Protective Order. The term "Confidential" as used in this Protective Order shall be construed to include all of the information contained in each document so marked. Confidential documents and information shall be made available only to "Qualified Persons." The term "Qualified Persons" means the Court and its officers, the parties, counsel of record, independent experts and consultants, and those clerical employees assisting each counsel. No person shall have access to confidential documents or information unless they are a "Qualified

Person." No person who gains access to such confidential documents or information may disclose their contents or the information contained therein to any person other than a "Qualified Person."

Confidential documents and information may be disclosed and used solely for the purpose of this lawsuit and for no other purpose.

Confidential documents and information may be used at trial or at depositions in accordance with the following safeguards. If confidential documents and information are used in depositions or at trial, all portions of the transcript of such depositions and trial testimony, and exhibits thereto, that refer or relate to such confidential documents and information shall themselves be considered to be confidential and subject to this Protective Order.

All confidential documents and information that are filed with the Court shall be filed under seal. If the parties are utilizing the Electronic Case Filing System ("ECF"), the confidential documents shall only be filed with the Court and not served upon the opposing party under the ECF system. The filing party shall serve the opposing party under the Federal Rules of Civil Procedure and a certificate of mailing must be attached to the filed documents. The Clerk of the Court is hereby directed to maintain such confidential documents and information in a separate portion of the court files not available to the public.

At the conclusion of this action, all confidential documents and information, and all copies thereof, shall be returned to counsel for the disclosing party or destroyed.

If any party contends that any document, information, or portion thereof that another party designates as confidential is not entitled to protection, that party must so notify the disclosing party in writing. The disclosing party shall serve upon such party an Affidavit or other appropriate document in support of its claim of confidentiality within ten (10) days of

receipt of the notice. If the party is so advised, it may then move the Court to resolve the dispute over confidentiality. The information shall continue to be protected as confidential until further Order of the Court pursuant to a hearing.

Nothing in this Protective Order will prejudice any party from seeking amendments broadening or restricting the rights of access to and use of confidential documents and information, contesting the designation of documents or information as confidential, or contesting the designation of a person as a Qualified Person.

This Protective Order may be modified by the Court at any time for good cause shown following notice to all parties and an opportunity for them to be heard.

SO ORDERED this 26th day of September, 2006.

                                        BY THE COURT

                                        s/ Michael E. Hegarty
                                        Michael E. Hegarty
                                        United States Magistrate Judge