IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael E. Hegarty

Civil Action No. 04-cv-02424-MEH-BNB

EASY STREET CORPORATION, a Colorado corporation, d/b/a Hochfield Jewelers and Hochfield Aspen,

       Plaintiff(s);

v.

PARMIGIANI FLEURIER SA,

       Defendant(s).

---

STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado, this 30th day of April, 2007.

BY THE COURT:

_____
MICHAEL E. HEGARTY, Magistrate Judge
United States District Court

_____
Craig A. Weinberg
Attorney for Plaintiff

_____
Christine McCallister Garrison
Attorney for Defendant